**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1504**

FAYE BEATRICE HAYES,

Plaintiff - Appellant,

v.

MARYLAND TRANSIT ADMINISTRATION; HOLLY ARNOLD, Administrator, MDOT MTA; VERONICA LOWE, Deputy Director, Office of Labor and Employee Relations,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, Senior District Judge.  (1:22-cv-03023-RDB)

Submitted:  January 23, 2025                    Decided:  January 27, 2025

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Faye Beatrice Hayes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Faye Beatrice Hayes seeks to appeal the district court's order dismissing, for lack of subject matter jurisdiction, Hayes' intentional infliction of emotional distress claims against Defendants. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered the appealed-from order on December 8, 2022, and the appeal period expired on January 9, 2023. *See* Fed. R. App. P. 4(a)(1)(A). Hayes filed the notice of appeal on May 23, 2024. Because Hayes failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2